**SALTZMAN MUGAN DUSHOFF**
JOEL Z. SCHWARZ
Nevada Bar No. 009181
E-Mail: jschwarz@nvbusinesslaw.com
NATICE L. LOCKE
Nevada Bar No. 015270
E-Mail: nlocke@nvbusinesslaw.com
1835 Village Center Circle
Las Vegas, Nevada 89134
Telephone:  (702) 405-8500
Facsimile:  (702) 405-8501

*Attorneys for Plaintiffs Digital Desert BP,*
*LLC; Digital Desert BPR A1A4, LLC; Digital*
*Desert BPR A2A3, LLC; and Digital Desert*
*BPC1, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DIGITAL DESERT BP, LLC, a Nevada limited liability company; DIGITAL DESERT BPR A1A4, LLC, a Nevada limited liability company; DIGITAL DESERT BPR A2A3, LLC, a Nevada limited liability company; and DIGITAL DESERT BPC1, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>OTIS ELEVATOR COMPANY, a Delaware corporation, DOE INDIVIDUALS A Z; and ROE CORPORATIONS 1-100,<br><br>Defendants. | CASE NO. 2:25-cv-02255-RFB-MDC<br><br><br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY PENDING SETTLEMENT CONFERENCE**<br><br>**[FIRST REQUEST]** |

Plaintiffs DIGITAL DESERT BP, LLC; DIGITAL DESERT BPR A1A4, LLC; DIGITAL DESERT BPR A2A3, LLC; and DIGITAL DESERT BPC1, LLC (collectively, "Digital Desert"), and Defendant OTIS ELEVATOR COMPANY ("Otis") (together, the "Parties"), by and through their respective undersigned counsel of record, HEREBY STIPULATE AND AGREE:

/ / /

Amended Amended SAO to Stay Discovery-Final.docx (20934-1)       Page 1 of 4

1. On June 9, 2010, the Parties filed a Joint Motion Requesting a Settlement Conference pursuant to Local Rule 16-5 [ECF No. 22] (the "Joint Motion").

2. On June 10, 2022, the Court entered a Minute Order denying the Joint Motion without prejudice, allowing the Parties until June 26, 2026, to file an amended stipulation for settlement conference containing additional information to inform the Court's decision regarding the Parties' request for a settlement conference.

3. The Parties intend to comply with the Court's request to submit an amended stipulation requesting a settlement conference.

4. In the interim, the Parties respectfully submit that a stay of discovery is warranted.

5. This matter is ready to proceed to a settlement conference without the need for additional discovery. Staying discovery until after a settlement conference has been completed will potentially save the Parties significant expenses, including but not limited to the cost of party depositions, expert disclosures, and expert depositions.

6. The Parties therefore request that discovery be stayed until the Court has ruled on their forthcoming amended stipulation for a settlement conference and if their request is granted, that discovery be stayed until completion of the settlement conference.

7. With the foregoing in mind, the Parties request that the dates and deadlines set forth in the April 3, 2026, Order Granting First Stipulation to Extend Discovery Deadlines [ECF No. 21] be vacated.

8. If the Parties' request for a settlement conference is denied, then within three (3) judicial days of the order denying the amended stipulation the Parties shall submit a proposed scheduling order with new deadlines to complete discovery.

9. If the amended stipulation is granted is granted and the Parties proceed to a settlement conference but are unsuccessful in resolving the matter at the settlement conference, then within three (3) judicial days of completion of the settlement conference, the Parties shall submit a proposed scheduling order with new deadlines to complete discovery

/ / /

Pursuant to the Honorable Magistrate Judge Maximiliano D. Couvillier III's First Amended Standing Order & Chambers Practice, Section III, the parties certify that Artificial Intelligence was not used to prepare the foregoing document.

DATED this 12th day of June 2026.                    DATED this 12th day of June 2026.

By___/s/ Joel Z. Schwarz_____         By___/s/ Su-Lyn Combs_____
SALTZMAN MUGAN DUSHOFF                       TUCKER ELLIS LLP
JOEL Z. SCHWARZ                              SU-LYN COMBS
Nevada Bar No. 9181                          su-lyn.combs@tuckerellis.com
jschwarz@nvbusinesslaw.com                   515 S. Flower Street, Forty Second Floor
NATICE L. LOCKE                              Los Angeles, CA 90071
Nevada Bar No. 15270
nlocke@nvbusinesslaw.com                         and
1835 Village Center Circle
Las Vegas, Nevada 89134                      ROGERS, MASTRANGELO, CARVALHO
                                             & MITCHELL
Attorneys for Plaintiffs Digital            REBECCA L. MASTRANGELO
Desert BP, LLC; Digital Desert               Nevada Bar No. 5417
BPR A1A4, LLC; Digital Desert                rmastrangelo@rmcmlaw.com;
BPR A2A3, LLC; and Digital                   SEAN N. PAYNE, ESQ.
Desert BPC1, LLC                             Nevada Bar No. 13216
                                             spayne@rmcmlaw.com
                                             700 South Third Street
                                             Las Vegas, Nevada 89101

                                             Attorneys for Defendant Otis Elevator
                                             Company

**ORDER**

Pursuant to the foregoing Stipulation and good cause showing therefore, discovery is stayed and the dates and deadlines set forth in the April 3, 2026, Order Granting First Stipulation to Extend Discovery Deadlines [ECF No. 21] are hereby vacated.

If the Parties' forthcoming amended stipulation regarding a settlement conference is denied, within three (3) judicial days of the order denying the amended stipulation the Parties shall submit a proposed scheduling order with new deadlines to complete discovery.

Amended Amended SAO to Stay Discovery-Final.docx (20934-1)          Page 3 of 4

If the amended stipulation is granted and the Parties proceed to a settlement conference but are unsuccessful in resolving the matter at the settlement conference, then within three (3) judicial days of completion of the settlement conference, the Parties shall submit a proposed scheduling order with new deadlines to complete discovery

**IT IS SO ORDERED.**

_____

UNITED STATES MAGISTRATE JUDGE

DATED: 6-29-26 _____

---

*Digital Desert BP, LLC v. Otis Elevator Company, et al.*/Case No. 2:25-cv-02255-RFB-MDC
Amended Stipulation and [Proposed] Order to Stay Discovery Pending Settlement Conference