SALTZMAN MUGAN DUSHOFF
JOEL Z. SCHWARZ
Nevada Bar No. 009181
E-Mail: jschwarz@nvbusinesslaw.com
NATICE L. LOCKE
Nevada Bar No. 015270
E-Mail: nlocke@nvbusinesslaw.com
1835 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 405-8500
Facsimile: (702) 405-8501

*Attorneys for Plaintiffs Digital Desert BP, LLC; Digital Desert BPR A1A4, LLC; Digital Desert BPR A2A3, LLC; and Digital Desert BPC1, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

*** * ***

DIGITAL DESERT BP, LLC, a Nevada limited liability company; DIGITAL DESERT BPR A1A4, LLC, a Nevada limited liability company; DIGITAL DESERT BPR A2A3, LLC, a Nevada limited liability company; and DIGITAL DESERT BPC1, LLC, a Nevada limited liability company,

Plaintiffs,

vs.

OTIS ELEVATOR COMPANY, a Delaware corporation, DOE INDIVIDUALS A Z; and ROE CORPORATIONS 1-100,

Defendants.

CASE NO. 2:25-cv-02255-RFB-MDC

**STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY PENDING SETTLEMENT CONFERENCE**

**[FIRST REQUEST]**

Plaintiffs DIGITAL DESERT BP, LLC; DIGITAL DESERT BPR A1A4, LLC; DIGITAL DESERT BPR A2A3, LLC; and DIGITAL DESERT BPC1, LLC (collectively, "Digital Desert"), and Defendant OTIS ELEVATOR COMPANY ("Otis") (together, the "Parties"), by and through their respective undersigned counsel of record, HEREBY STIPULATE AND AGREE:

/ / /

1. The Parties have filed a Joint Motion Requesting a Settlement Conference pursuant to Local Rule 16-5 [ECF No. 22] (the "Joint Motion").

2. While the Joint Motion is pending, and if the Joint Motion is granted and this matter is set for a settlement conference per the Parties' request, the Parties respectfully submit that a stay of discovery is warranted.

3. This matter is ready to proceed to a settlement conference without the need for additional discovery. Staying discovery until after a settlement conference has been completed will potentially save the Parties significant expenses, including but not limited to the cost of party depositions, expert disclosures, and expert depositions.

4. The Parties therefore request that discovery be stayed until the Court has ruled on their Joint Motion and if the Joint Motion is granted, that discovery be stayed until completion of the settlement conference.

5. With the foregoing in mind, the Parties request that the dates and deadlines set forth in the April 3, 2026, Order Granting First Stipulation to Extend Discovery Deadlines [ECF No. 21] be vacated.

6. If the Joint Motion is denied, then within three (3) judicial days of the order denying the Joint Motion the Parties shall submit a proposed scheduling order with new deadlines to complete discovery.

7. If the Joint Motion is granted and the Parties proceed to a settlement conference but are unsuccessful in resolving the matter at the settlement conference, then within three (3) judicial days of completion of the settlement conference, the Parties shall submit a proposed scheduling order with new deadlines to complete discovery

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to the Honorable Magistrate Judge Maximiliano D. Couvillier III's First Amended Standing Order & Chambers Practice, Section III, the parties certify that Artificial Intelligence was not used to prepare the foregoing document.

DATED this 9th day of June 2026.

By ***/s/ Joel Z. Schwarz***
**SALTZMAN MUGAN DUSHOFF**
JOEL Z. SCHWARZ
Nevada Bar No. 9181
jschwarz@nvbusinesslaw.com
NATICE L. LOCKE
Nevada Bar No. 15270
nlocke@nvbusinesslaw.com
1835 Village Center Circle
Las Vegas, Nevada 89134

*Attorneys for Plaintiffs Digital Desert BP, LLC; Digital Desert BPR A1A4, LLC; Digital Desert BPR A2A3, LLC; and Digital Desert BPC1, LLC*

DATED this 9th day of June 2026.

By ***/s/ Su-Lyn Combs***
**TUCKER ELLIS LLP**
SU-LYN COMBS
Nevada Bar No. 17058
su-lyn.combs@tuckerellis.com
515 S. Flower Street, Forty Second Floor
Los Angeles, CA 90071

and

**ROGERS, MASTRANGELO, CARVALHO & MITCHELL**
REBECCA L. MASTRANGELO
Nevada Bar No. 5417
rmastrangelo@rmcmlaw.com;
SEAN N. PAYNE, ESQ.
Nevada Bar No. 13216
spayne@rmcmlaw.com
700 South Third Street
Las Vegas, Nevada 89101

*Attorneys for Defendant Otis Elevator Company*

**ORDER**

Pursuant to the foregoing Stipulation and good cause showing therefore, discovery is stayed and the dates and deadlines set forth in the April 3, 2026, Order Granting First Stipulation to Extend Discovery Deadlines [ECF No. 21] are hereby vacated.

If the Parties' Joint Motion Requesting a Settlement Conference pursuant to Local Rule 16-5 [ECF No. 22] (the "Joint Motion") is denied, within three (3) judicial days of the order denying the Joint Motion the Parties shall submit a proposed scheduling order with new deadlines to complete discovery.

/ / /

/ / /

If the Joint Motion is granted and the Parties proceed to a settlement conference but are unsuccessful in resolving the matter at the settlement conference, then within three (3) judicial days of completion of the settlement conference, the Parties shall submit a proposed scheduling order with new deadlines to complete discovery

**IT IS SO ORDERED.**

____________________________________
UNITED STATES MAGISTRATE JUDGE

DATED: 6-29-26