REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
SEAN N. PAYNE, ESQ.
Nevada Bar No. 13216
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
rmastrangelo@rmcmlaw.com

SU-LYN COMBS, ESQ.
Nevada Bar No. 17058
TUCKER ELLIS, LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, California 90071
Phone (213) 430-3400
Fax (213) 430-3409
su-lyn.combs@tuckerellis.com

*Attorneys for Defendant*
*OTIS ELEVATOR COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DIGITAL DESERT BP, LLC, a Nevada limited liability company; DIGITAL DESERT BPR A1A4, LLC, a Nevada limited liability company; DIGITAL DESERT BPR A2A3, LLC, a Nevada limited liability company; and DIGITAL DESERT BPC1, LLC, a Nevada limited liability company,

Plaintiffs,

v.

OTIS ELEVATOR COMPANY, a Delaware corporation; DOE INDIVIDUALS A-Z; and ROE CORPORATIONS 1-100,

Defendants.

Case No. 2:25-CV-02255-RFB-BNW

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT OTIS ELEVATOR COMPANY TO RESPOND TO SECOND AMENDED COMPLAINT**

Plaintiffs DIGITAL DESERT BP, LLC; DIGITAL DESERT BPR A1A4, LLC; DIGITAL DESERT BPR A2A3, LLC and DIGITAL DESERT BPC1, LLC and Defendant OTIS ELEVATOR COMPANY, inclusive, by and through their respective counsel, hereby stipulate as follows:

1. On October 1, 2026, Plaintiffs filed their Second Amended Complaint. [ECF No. 40]
2. Otis's current deadline to respond to the Second Amended Complaint is October 15, 2026.
3. The Parties have agreed to extend Otis's deadline to respond to the Second Amended Complaint by fourteen (14) days, through and including October 29, 2026.
4. This extension is requested to allow Otis additional time to review the allegations in the Second Amended Complaint and prepare its response, including any appropriate motion under Federal Rule of Civil Procedure 12.
5. The parties are also engaged in negotiations to find a resolution of the claims and issues in this case. [ECF No. 47]
6. This request is made in good faith, is not intended for purposes of delay, and will not affect any other deadlines established by the Court.
7. This is the first request for an extension of the deadline to respond to the Second Amended Complaint.

DATED: October 15, 2026

TUCKER ELLIS LLP

By: */s/ Su-Lyn Combs*

Su-Lyn Combs
Nevada Bar No. 17058
TUCKER ELLIS, LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, California 90071

ROGERS, MASTRANGELO, CARVALHO & MITCHELL
Rebecca L. Mastrangelo, Esq.
Nevada Bar No. 5417
700 S. Third Street
Las Vegas, NV 89101

Attorneys for Defendant
OTIS ELEVATOR COMPANY

DATED: October 15, 2026

SALTZMAN MUGAN DUSHOFF

By: */s/ Joel Z. Schwarz*

JOEL Z. SCHWARZ
Nevada Bar No. 009181
NATICE L. LOCKE
Nevada Bar No. 015270
1835 Village Center Circle
Las Vegas, Nevada 89134

ATTORNEYS FOR PLAINTIFFS

**ORDER**

The Court, having reviewed the parties' stipulation and good cause appearing, hereby ORDERS that the deadline to respond to the Second Amended Complaint is October 29, 2026.

IT IS SO ORDERED

UNITED STATES MAGISTRATE JUDGE

DATED: October 16, 2026

**CERTIFICATE OF SERVICE**

I certify that on this 15th day of October, 2026, the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT OTIS ELEVATOR COMPANY TO RESPOND TO SECOND AMENDED COMPLAINT** was filed via the Court's CM/ECF system, which generated a notice of electronic filing with links to true and correct copies of the foregoing document for service upon the following counsel of record:

SALTZMAN MUGAN DUSHOFF
Joel Z. Schwarz
Nevada Bar No. 009181
E-Mail: jschwarz@nvbusinesslaw.com
Elizabeth Friedman
Nevada Bar No. 014472
E-Mail: efriedman@nvbusinesslaw.com
Natice L. Locke
Nevada Bar No. 015270
E-Mail: nlocke@nvbusinesslaw.com
1835 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 405-8500
Facsimile: (702) 405-8501

*Attorneys for Plaintiffs*

/s/: *Jennifer Bell*

An Employee of Tucker Ellis LLP